# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2022 ND 74

State of North Dakota,

Plaintiff and Appellee

v.

Paxton Benjamin Heywood,

Defendant and Appellant

## No. 20210259

Appeal from the District Court of Burleigh County, South Central Judicial District, the Honorable Pamela A. Nesvig, Judge.

AFFIRMED.

Per Curiam.

Anna A. Argenti, Assistant State's Attorney, Bismarck, N.D., for plaintiff and appellee; submitted on brief.

Joshua L. Weatherspoon and Aaron D. Pulanco, Bismarck, N.D., for defendant and appellant; submitted on brief.

**Per Curiam.**

[¶1]   Paxton Heywood appeals from a criminal judgment entered after a jury found him guilty of gross sexual imposition. Heywood argues the district court erred by granting the State's motion to amend the information, and the jury verdict was not supported by sufficient evidence. Viewing the evidence in the light most favorable to the verdict, we conclude substantial evidence exists that could allow a jury to draw a reasonable inference in favor of conviction. We also conclude the court did not abuse its discretion by granting the State's motion to amend the information. We summarily affirm under N.D.R.App.P. 35.1(a)(3) and (4).

[¶2]   Jon J. Jensen, C.J.
Gerald W. VandeWalle
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte